**90-910.** State v. Jenks. *Cuyahoga County,* Nos. 56368 and 56373. On motion to extend time for oral argument. Motion denied.

Moyer, C.J., Sweeney and Douglas, JJ., dissent.

## Tuesday, December 11, 1990

## MERIT DOCKET

**90-2274.** In re Jane Doe 1. *Hamilton County,* No. C-900825. This cause, here on appeal from the Court of Appeals for Hamilton County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is affirmed consistent with the opinion to follow.

It is further ordered that a mandate be sent to the Court of Common Pleas, Juvenile Division, of Hamilton County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Hamilton County for entry.

Sweeney, Holmes, Wright and Resnick, JJ., concur.

Moyer, C.J., would reverse and remand.

Douglas and H. Brown, JJ., would reverse.

## MOTION DOCKET

**90-2274.** In re Jane Doe 1. *Hamilton*

*County,* No. C-900825. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to close argument to the public, IT IS ORDERED by the court that said motion be, and the same is hereby, denied.

## Wednesday, December 12, 1990

## MERIT DOCKET

**90-2409.** In re Jane Doe 2. *Cuyahoga County,* No. 60842. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right from said court. Upon consideration thereof, IT IS ORDERED by the court, *sua sponte,* that this cause be, and the same is hereby, dismissed as moot because the abortion sought by appellant has occurred, effective December 11, 1990.

Moyer, C.J., Sweeney, Holmes, Wright, H. Brown and Resnick, JJ., concur.

Douglas, J., dissents, would hear the cause and not dismiss it as moot.

## MOTION DOCKET

**90-2274.** In re Jane Doe 1. *Hamilton County,* No. C-900825. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to seal, IT IS ORDERED by the court that the record in this case, including all filings made by appellant with this court, be sealed, effective December 11, 1990.

**90-2409.** In re Jane Doe 2. *Cuyahoga County,* No. 60842. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellant's motion to seal, IT IS ORDERED by the court, that the record in this case, including all filings made by appellant with this court, be sealed, effective December 11, 1990.